NICHOLAS MANCUSO, Respondent, v. ANDREA LA SALA & SONS, INC., et al., Appellants. —

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

E. HARRY DAVISON, Respondent, v. HENRY C. SCOFIELD et al., Defendants, and JOSEPH LESLEY, Appellant. —

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

In the Matter of the Estate of CORNELIUS J. CROWLEY, Deceased. ALICE M. CROWLEY, as Administratrix of the Estate of CORNELIUS J. CROWLEY, Deceased, Appellant; LOUISE HUGHES et al., Respondents.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

ALEX WHITE, Appellant, v. LEVISON BROS. REALTY CORP., Respondent.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.   [See *post*, p. 1113.]